MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
INC.); and JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN, an individual, PAMELA AGUILAR, an individual, BETTY GIPE, an individual, EDITH ROBERTSON, an individual, LAURA VUJOVICH, an individual, ANNETTE CONSALVOS, an individual, and JOYCE FLYNN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred,<br><br>Defendants. | Case No. 4:10-CV-04741-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEVER UNDER RULE 21 AND TRANSFER UNDER 28 U.S.C. § 1406(a) OR, IN THE ALTERNATIVE, 28 U.S.C. § 1404(a)**<br><br>Date: April 6, 2011<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Complaint Filed: October 20, 2010<br>**Trial Date: Not set** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO SEVER AND TRANSFER
SF01/ 733575.1

CASE NO. 4:10-CV-04741-PJH

1  ~~On April 6, 2011, Defendants Ethicon, Inc. (on its own behalf and behalf of its division,~~
2  ~~Ethicon Women's Health & Urology erroneously sued as Gynecare, Inc.) and Johnson &~~
3  ~~Johnson's (collectively "Defendants") Motion To Sever Under Rule 21 and Transfer Under 28~~
4  ~~U.S.C. § 1406(a) Or, In The Alternative, 28 U.S.C. § 1404(a) came for hearing before this Court.~~
5  ~~All parties were given notice and an opportunity to be heard, and each party was represented at~~
6  ~~the hearing by its counsel of record.~~ Having reviewed all of the papers and evidence filed in
7  support of and in opposition to Defendants' Motion and for good cause shown:
8  **IT IS HEREBY ORDERED THAT** Defendants' Motion is **GRANTED**.
9  Rule 20(a) permits joinder only where plaintiffs assert claims "arising out of the same
10 transaction, occurrence, or series of transactions or occurrences; and any question of law or fact
11 common to all those persons will arise in the action." Fed. R. Civ. P. 20(a). Plaintiffs Lynette
12 Blackman, Pamela Aguilar, Betty Gipe, Edith Robertson, Laura Vujovich, Annette Consalvos,
13 and Joyce Flynn have been impermissibly joined and are therefore severed pursuant to Federal
14 Rule of Civil Procedure, Rule 21.
15 Further, 28 U.S.C. § 1406(a) provides that a district court must dismiss or, if in the
16 interests of justice, transfer a case laying venue in the wrong district. 28 U.S.C. § 1404(a)
17 provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district
18 court may transfer any civil action to any other district or division where it might have been
19 brought."
20 Transfer of these severed plaintiffs is appropriate because: (1) venue is not proper in the
21 Northern District of California and the plaintiffs could not have brought this action here; (2)
22 venue is proper in each plaintiff's home district; (3) the plaintiffs reside in the districts listed
23 below; (4) critical witnesses and documents are located in each plaintiff's home district; and (5)
24 each plaintiff's home district is more likely to be familiar with the applicable substantive law of
25 this action.
26 Plaintiff Lynette Blackman is **HEREBY SEVERED** and the resulting action is **HEREBY**
27 **TRANSFERRED** to the United States District Court for the Northern District of Indiana .
28 Plaintiff Pamela Aguilar is **HEREBY SEVERED** and the resulting action is **HEREBY**

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO SEVER AND TRANSFER
SF01/ 733575.1
- 2 -
CASE NO. 4:10-CV-04741-PJH

1  **TRANSFERRED** to the United States District Court for the District of New Mexico.

2  Plaintiff Betty Gipe is **HEREBY SEVERED** and the resulting action is **HEREBY**

3  **TRANSFERRED** to the United States District Court for the Northern District of Indiana.

4  Plaintiff Edith Robertson is **HEREBY SEVERED** and the resulting action is **HEREBY**

5  **TRANSFERRED** to the United States District Court for the Western District of Missouri.

6  Plaintiff Laura Vujovich is **HEREBY SEVERED** and the resulting action is **HEREBY**

7  **TRANSFERRED** to the United States District Court for the Western District of Washington.

8  Plaintiff Annette Consalvos is **HEREBY SEVERED** and the resulting action is

9  **HEREBY TRANSFERRED** to the United States District Court for the District of Colorado.

10  Plaintiff Joyce Flynn is **HEREBY SEVERED** and the resulting action is **HEREBY**

11  **TRANSFERRED** to the United States District Court for the District of Maryland.

12  **IT IS SO ORDERED.** THE APRIL 6, 2011 HEARING DATE IS VACATED.

14  Dated: 4/4/11               BY THE COURT

17  Honorable Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

[Proposed] Order Granting Defendants'
Motion to Sever and Transfer          - 3 -          Case No. 4:10-CV-04741-PJH
SF01/ 733575.1