

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

April 21, 2011

See Notice of Electronic Filing

    Re:    Consalvos v. Gynecare, Inc. et al.
            Civil Action Number: U.S. District Court, California Northern District
            10-cv-04741
            Our Civil Action Number: 11-cv-01052-PAB-KLM

Dear Counsel:

       The above referenced case has been transferred to this Court. The new case number is 11-cv-01052-PAB-KLM and is assigned to Judge Philip A. Brimmer. All future pleadings should reference the case number assigned by this court as shown above. Our Local Rules of Practice are available for download at www.cod.uscourts.gov.

                                      Very truly yours,
                                      GREGORY C. LANGHAM, CLERK

                                      By: s/ Lorelle Gianelli
                                          Deputy Clerk

04/15/02