**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-01052-PAB-KLM

ANNETTE CONSALVOS, an individual,

      Plaintiff,

v.

GYNECARE, INC., a California corporation;
ETHICON, INC., a New Jersey corporation;
JOHNSON & JOHNSON, a New Jersey corporation;
DOES MANUFACTURERS one through one hundred,

      Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS**
_____

Pursuant to the Federal Rules of Civil Procedure and D.C.COLO.LCivR 11.1(A), Patricia A. Fennelly hereby appears as counsel on behalf of Defendants Ethicon Women's Health & Urology Division Of Ethicon, Inc. (erroneously sued as Gynecare, Inc.), Ethicon, Inc., and Johnson & Johnson (collectively "Defendants").

Respectfully submitted this 3rd day of May, 2011.

                                        By: */s/ Patricia A. Fennelly*
                                            Patricia A. Fennelly
                                            TUCKER ELLIS & WEST LLP
                                            4600 S. Ulster Street, Suite 1325
                                            Denver, Colorado 80237
                                            Telephone: (720) 897-4400
                                            Facsimile: (720) 222-5242

                                            *Attorneys for Defendants Ethicon Women's Health*
                                            *& Urology Division of Ethicon, Inc.*
                                            *Ethicon, Inc., and*
                                            *Johnson & Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2011, I presented the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS** to the Clerk of Court for filing and uploading to the CM/ECF system; by depositing in the United States mail, postage pre-paid, and by e-mail transmission as indicated, to the following:

| | |
|---|---|
| Amy Fisch Solomon, Esq.<br>GIRARDI AND KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA   90017<br><br>Thomas V. Girardi, Esq.<br>GIRARDI AND KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA   90017<br><br>Michelle A. Childers, Esq.<br>DRINKER BIDDLE & REATH, LLP-SAN FRANCISCO<br>50 Fremont Street<br>20th Floor<br>San Francisco, CA   94015<br>E-mail:  Michelle.Childers@dbr.com<br><br>Nathan Daniel Cardozo, Esq.<br>DRINKER BIDDLE & REATH, LLP-SAN FRANCISCO<br>50 Fremont Street<br>20th Floor<br>San Francisco, CA   94015<br>E-mail:  Nathan.Cardozo@dbr.com | Adam J. Spicer, Esq.<br>BUTLER SNOW OMARA & STEVENS, PLLC<br>P. O. Box 6010<br>1020 Highland Colony Parkway<br>Renaissance at Colony Park, #1400<br>Ridgeland, MS   39158-6010<br>E-mail:  Adam.Spicer@butlersnow.com<br><br>Christy D. Jones, Esq.<br>BUTLER SNOW OMARA & STEVENS, PLLC<br>P. O. Box 6010<br>1020 Highland Colony Parkway<br>Renaissance at Colony Park, #1400<br>Ridgeland, MS   39158-6010<br>E-mail:  Christy.Jones@butlersnow.com<br><br><br>*/s Karen Baker* |