IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01052-PAB-KLM

ANNETTE CONSALVOS, an individual,

    Plaintiff,

v.

GYNECARE, INC., a California corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON, a New Jersey corporation, and
DOE MANUFACTURERS one through one hundred,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Unopposed Motion of Defendants' California Counsel to Withdraw as Counsel of Record** [Docket No. 13; Filed May 6, 2011], the **[Unopposed] Motion of Defendant's California Counsel to Delay Sanctions Pending Decision on Their Unopposed Motion to Withdraw as Counsel** [Docket No. 14; Filed May 6, 2011], the **Unopposed Motion of Defendants' Counsel to Withdraw as Counsel of Record** [Docket No. 15; Filed May 6, 2011], and the **Unopposed Motion of Defendant's Counsel to Delay Sanctions Pending Decision on Their Unopposed Motion to Withdraw as Counsel** [Docket No. 16; Filed May 6, 2011] (collectively, the "Motions").

IT IS HEREBY **ORDERED** that the Motions [#13, 14, 15 & 16] are **GRANTED**.

IT IS FURTHER **ORDERED** that Attorneys Michelle A. Childers, Nathan D. Cardozo, Adam J. Spicer, and Christy D. Jones are relieved from any further representation of Defendants in the above-captioned matter. The Clerk of the Court is instructed to terminate these attorneys as counsel of record, and to remove their names from the electronic certificate of mailing.

IT IS FURTHER **ORDERED** that the failure of the above-listed attorneys to apply for admission to the Court's bar is excused, and their withdrawal from this case is deemed to be timely.

Dated: May 9, 2011