IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01052-PAB-KLM

ANNETTE CONSALVOS, an individual,

    Plaintiff,

v.

GYNECARE, INC., a California corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON, a New Jersey corporation, and
DOE MANUFACTURERS one through one hundred,

    Defendants.

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [Docket No. 20]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of defendants "Ethicon Women's Health & Urology Division of Ethicon, Inc. (erroneously sued as Gynecare, Inc.), Ethicon Inc., and Johnson & Johnsons[] *only*, with prejudice." Docket No. 20 at 1 (emphasis added). Upon dismissal of those parties, the unidentified "Doe Manufacturers one through one hundred" will be the only remaining defendants.

In light of the foregoing, it is

**ORDERED** that, pursuant to the parties' stipulation [Docket No. 20], defendants Gynecare, Inc., Ethicon, Inc., and Johnson & Johnson are dismissed from this action with prejudice. It is further

**ORDERED** that, on or before **5:00 p.m.** on **Tuesday, June 28, 2011**, plaintiff shall show cause why this action should not be dismissed without prejudice as to the remaining unidentified defendants for lack of subject matter jurisdiction, see 28 U.S.C. § 1332, and for failure to comply with Federal Rule of Civil Procedure 4(m).

DATED June 22, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge